AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
VANESSA L ARMSTRONG, CLERK
Aug 19 2020
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:20-mj-598 |
| BRIAN MARCHEZ BYRD | ) | |
| *Defendant* | | |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about and between the date(s) of August 23, 2019 through August 10, 2020, in the county of Jefferson in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| **18 U.S.C. Section 2251(a)** | **Production of child pornography** |
| **18 U.S.C. Section 2252A(a)(1)** | **Transportation of child pornography** |

This criminal complaint is based on these facts:
**See the attached Affidavit**

X☐   Continued on the attached sheet

/s/ *Virginia Richardson*
*Complainant's signature*

FBI Special Agent Virginia Richardson
*Printed name and title*

Sworn to telephonically and signed electronically pursuant to Rule 4.1.

Date: August 19, 2020

_____
*Judge's Signature*

City and State: Louisville, Kentucky     U.S. Magistrate Judge Regina S. Edwards
*Printed Name and Title*

*ASM (AUSA initials)*