# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR COMPLAINT

I, Virginia Richardson, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been employed as a Law enforcement officer for approximately 6 years.

As part of my duties as an FBI Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations relating to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in multiple forms of media, including computer media. I have also participated in the execution of numerous federal search and arrest warrants, many of which have involved child exploitation and/or child pornography offenses.

2. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts.

3. This affidavit is submitted in support of a criminal complaint alleging that BrianMarchez Byrd violated Title 18, United States Code, Sections2251(a) and 2252A(a)(1) by producing and transportingchild pornography respectively, in that he knowingly used, persuaded, induced, enticed, and coerced a minor (Minor 2) to engage in sexually explicit conduct as that term is defined in 18 U.S.C. § 2256(8)(A) for the purpose of producing visual depictions of such conduct using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, in violation of 18 U.S.C. § 2251(a);  and knowingly mailed, transported or shipped any child pornography, using any means or facility of interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Brian Byrd with producing and distributing child pornography, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

**Google**

4.     Google LLC is an American multinational technology company that specializes in internet related services and products, which include file synchronization, a search engine, cloud computing, and client software. Google offers services designed for work and productivity to include, time management, email, cloud storage, photoorganization and editing, mapping and navigation, instant messaging and video chats. Google allows users to create an account on their computers and devices, which Google then synchronizes so that it appears to be the same account with the same contents regardless of what device is used to view the account contents.  Google Photos allow users to place photo and video files in folders are also accessible through the Google web site and mobile apps.  Files placed in a Google Photos folder can be public or private and can be accessed by anyone who is given access to the folder.

5.     Google provides additional storage to businesses and the general public.  Google allows file storage on the Internet via the cloud which can be sent and/or shared with others and can be synchronized across your laptop, phone and tablet.  Google runs a sweeping network of machines that has the capability to store billions and billions of files on behalf of the Google users.  Subscribers are able to access a file they see on any of their devices, pull from it to upload, e-mail or share with others.  The files they have through Google are attached to a network system owned and run by Google, which gives the user unlimited space if they pay for the addition space beyond the free service if a user signs up with Google, initially provided to a user by Google.  Google allows the user to store the files on the

GoogleServers instead of using storage space on the user's devices, as advertised in Google's details of their services.

6. During the registration process, Google asks subscribers to provide basic personal information. Therefore, the computers of Google are likely to contain stored electronic communications (including retrieved and un-retrieved images or data for Google subscribers) and information concerning subscribers and their use of Google services, such as account access information, e-mail transaction information, and account application information.

7. In general, a user can save any data in a Google folder on Google servers until the subscriber deletes the data. If the subscriber does not delete the data, the data can remain on Google servers indefinitely. Even if the subscriber deletes the data, it may continue to be available on Google's servers for a certain period of time.

8. A Google subscriber can also store files, including e-mails, video, slides, or any other electronic data and files, on servers maintained and/or owned by Google.

9. Subscribers to Google might not store, on their home computers, copies of the data stored in their Google account. This is particularly true when they access their Google account through any of their available devices. Photo and video files that are uploaded to Google Servers may not be stored on computers that

reside within Kentucky. Use of the internet is needed to upload these files to Google's servers.

10. Storage providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google's website), and other log files that reflect usage of the account. In addition, storage providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the Google data.

## FACTS AND CIRCUMSTANCES

11. On Monday, August 10, 2020, FBI Task Force Officer (TFO) Lorin Payne received the following Cyber Tips from the National Center for Missing and Exploited Children (NCMEC):

**NCMEC Cyber Tip #76298347**

**The Cyber Tip (CT) #76298347** states that Google User with a display name Scooby El Chapo, with an email address of cascadebos74@gmail.com; and in reference to the images received in **CT #76295569** and **CT #76294174**, possibly indicate the account holder participated in hands on abuse of an underage girl using a Camera Make LGE Camera Model LM-Q720. Review of innocuous images in Google account cascadebos74@gmail.com revealed the file

4

76295569-report_10724254170936182893 and 76294174-report_1027394420420683018 within the account. The Google account cascadebos74@gmail.com was created on 2017-09-13 15:59:34. The date of birth listed in YouTube for the Google account cascadebos74@gmail.com is 11/1/1987. Records from Google Payment Corp. indicate that the following address information is listed in Google Wallet for usercascadebos74@gmail.com:

Brian Byrd ▇▇▇ West Hill St., Louisville KY 40210

Brian Byrd ▇▇▇ W. Burnett St, Louisville KY 40210 (▇▇▇)▇▇-6697

**CT #76298347** also contains information regarding a search with the Kentucky State Sex Offender Registry. The following listed information was found:

> Byrd, Brian Marchez
> Sex Offender #: 48899
> Birth Date: ▇▇/1987
> Primary Address: ▇▇▇ W. Burnett Ave. Louisville KY 40210
> Race: Black
> Height: 5'10"
> Weight 150lbs
> Hair Color- Black
> Eye Color- Brown.

12. On Tuesday, August 11th, 2020 TFO Payne and SA Richardson received the following NCMEC Cyber Tips.

> **NCMEC Cyber Tip #76295569**
> **NCMEC Cyber Tip #76294174**
> **NCMEC Cyber Tip # 65495763**

13. **CT #76295569** states that Google User with a display name Scooby El Chapo, with an email address of cascadebos74@gmail.com. The following listed are the descriptions of the uploaded file.

File "report_10724254170936182893" appears to be an image of an adult male who is partially clothed. The adult male appears visually similar to the individual listed as the Suspect on the Kentucky Sex Offender Registry. The adult male has multiple tattoos on both arms, and chest that are visible in this photo. This photo was uploaded on July 19, 2020 at 1:50:42 UTC.

14.     The **CT #76294174**states that Google User with a display name Scooby El Chapo, with an email address of cascadebos74@gmail.com has apparent child pornography that was uploaded and stored in Google Photos infrastructure. The following are the descriptions of the uploaded files.

File "report_16651287798867109799" appears to depict a partially clothed pubescent female child who is visible from the neck downand can be seen lying on her back on a bed. The child's pink shorts are pulled down in order to expose the child's genitalia. The child'sblack shirt is lifted up, exposing her breasts. This file was uploaded on July 19, 2020 at 08:52:04 UTC.

File "Google-CT-RPT-20670a16d0cf7da0d42e3c8d65bf97aa" depicts what appears to be a video focusing on a nude pubescentfemale's genitals. What appears to be an adult male's hand is seen being used to expose the child's vagina to the lens. The video thendepicts the nude waist and breasts of the child. This file was uploaded on July 19, 2020 at 09:13:15 UTC.

File "Google-CT-RPT-d3b9a48e4ecda2a332fc0478ee5ecedb" depicts what appears to be a video focusing on a nude pubescentfemale's genitals. What appears to be an adult male's hand can be seen exposing the child's genitals to the lens. The adult male is seen digitally stimulating the child's genitals. The video focuses on the child's breasts before focusing again on the child's genitals. The adult male hand has a tattoo that is visible. The tattoo appears to be on the left arm, located above the left wrist.This file was uploaded on 07/19/2020 at 09:12:37 UTC.

The tattoo that is visible on the adult male hand in this File, appears to match the same tattoo that is seen on the adult male in previously listed File "report_10724254170936182893", listed in **CT #76295569**.

File "report_10273944204206830I8" depicts what appears to be a clothed adult male who can be seen sitting next to a female child.The adult male appears visually similar to the individual, Brian Byrd, listed on Kentucky Sex Offender Registry. This file was uploaded on August 7, 2020 at 20:15:56 UTC.

8.      **Cyber Tip #65495763** states that Facebook User, Luca Brasi, with a Date of Birth of 11/01/1987 and an email address' of cascadebos74@gmail.com and puertoricogandland@gmail.com, uploaded and sent apparent child pornography to Facebook User, Puerto Land with a Date of Birth of 11/01/1987, an email address of

6

polokidshawty_cmi@yahoo.com, and a profile URL of http://www.facebook.com/boricuapapi87. The file name "acfgnqivqu8g4kks89305574_292614268373490_6633539562326982656_n.jpg" was uploaded on March 5, 2020 at 21:29:30UTC.

9. TFO Payne and SA Richardson conducted open source searches. The Facebook account, http://www.facebook.com/boricuapapi87, has a profile picture that appears to be the Brian Byrd listed in the Sex Offender Registry and the photo that was uploaded in **CT #76295569.** On this Facebook page, it shows the subject as being in a relationship with "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮". The Facebook user, "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" has a URL of https://www.facebook.com/▮▮▮▮▮▮▮▮. Upon viewing herFacebook Profile, there is a profile picture that depicts her and Brian Byrd, in an embrace. In the background of this image, it appears they are on a bed and the bed spread matches in color and design as the bed spread that is visible in File "report_16651287798867109799", File "Google-CT-RPT-d3b9a48e4ecda2a332fc0478ee5ecedb", and File "Google-CT-RPT-20670a16d0cf7da0d42e3c8d65bf97aa".According to Facebook, this photo was uploaded on Thursday, August 13, 2020.  There are photos on her Facebook of two minor females. One of the children looks similar to the young girl in **CT #76294174** and file "report_1027394420420683018".



10. On Wednesday, August 12, 2020 TFO Payne and SA Richardson were able to identify the owner of the Facebook Account "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" with an address ▮▮▮▮▮▮▮▮▮▮▮▮, in Louisville KY. TFO Payne contacted Kevin Conder (Conder) with Jefferson County Public School (JCPS) Security. Conder stated that the person identified as the owner of the Facebook Account "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" is listed as the mother for two female children, Minor 1 (5yo) and Minor 2 (10yo). Conder emailed a JCPS photo of Minor 2 to TFO Payne. Both children have a listed address that is the same as "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮". Minor 2 appears to be the same child that is shown with Brian Byrd in file "report_1027394420420683018".

11. Based on the phone numbers listed in the provided NCMEC Cyber Tips, a request was sent to Metro PCS requesting subscriber information and IP address access logs associated with the phone number ▇▇▇-6697. This number was associated with Brian Byrd, who lives at ▇▇▇ W. Burnett Ave, Louisville KY 40210, for the duration of November 23, 2019-April 23, 2020. The phone number of ▇▇▇-6697 is listed in the **CT #76298347** as the phone number that is listed in the Google Wallet associated with cascadebos74@gmail.com.

12. Based on the email accounts listed in the provided NCMEC Cyber Tips, the FBI sent Google LLC a request for subscriber information and IP access logs associated with target email addresses, puertoricogandland@gmail.com and cascadebos74@gmail.com. Based on Google returns, the phone number "▇▇▇-6697" is listed as an alternate phone number for puertoricogandland@gmail.com. Based on **CT #65495763**, the email addresses puertoricogandland@gmail.com and cascadebos74@gmail.com are both associated with Facebook User, Luca Brasi, URL:http://www.facebook.com/boricuapapi87.

13. Based on the phone numbers listed in the provided NCMEC Cyber Tips, a request was sent to Metro PCS requesting subscriber information and IP access logs for phone number ▇▇▇8045 and phone number ▇▇▇-6697. The subscriber of phone number ▇▇▇-8045 is Brian Marchez. Brian Marchez has had this number from April 29, 2020 through current time period. According to **CT#76298347**, the phone number ▇▇▇-8045 is associated with the email address cascadebos74@gmail.com The phone number ▇▇▇-6697 comes back to a Brian Byrd, with an address of 2105 W. Burnett Ave Louisville KY 40210, from the duration of November 23.

14. Brian Byrd is a lifetime registered sex offender who pled guilty in May of 2012 for Rape 3rd Degree and Sodomy 3rd Degree with a victim who was 13 years old.

15. On 8/19/2020, Byrd was interviewed by FBI Special Agents, was provided his Miranda Rights. Byrd read the Consent statement aloud and signed, waiving his rights. Byrd has SnapChat and Facebook social media accounts and has used multiple email addresses in the past to include cascadebos74@gmail.com, puertoricogandland@gmail.com, mr_westside_atl@yahoo.com, polokidshawty_cmi@yahoo.com, and

scorpiodon1800@gmail.com. His current Facebook account is ScoobyPuertoricanPrinceDiablo. He has had other accounts but he would forget his password and was locked out of those accounts. Byrd confirmed a photograph printed of his Facebook profile ScoobyPuertoricanPrinceDiablo, stating that it was his Facebook profile.

16. Byrd was shown photographs that he identified as himself. He was shown additional photographs of Minor 2 that he identified. Byrd was shown a screenshot from file "Google-CT-RPT-d3b9a48e4ecda2a332fc0478ee5ecedb" and described it as him, when he was high on cocaine and wanted to commit suicide. He identified Minor 2 as the victim in the screenshot and stated that the incident occurred in Woodson's bedroom in her house. This is the image where his hand is touching the vagina of Minor 2.

## CONCLUSION

17. Based upon the above facts, there is reason to believe that Brian Marchez Byrd is the adult male whose hand is stimulating and penetrating the genitals of Minor 2 in the files reported in the Cyber Tips. Photos located on Brian Byrds' Facebook account match his left forearm tattoo and bedding that can be seen in the produced images and videos containing child pornography. Additionally, Brian Byrd is pictured on Facebook in a photograph with Minor 2, who is believed to be the victim in the produced images and videos.

18. Based upon the above facts, there is reason to believe that Brian Marchez Byrd is the account owner of the Facebook account with the username Luca Brasi and the Facebook account with the username Puerto Land. There was child pornography that was sent from Facebook account Luca Brasi to Facebook account Puerto Land.

19. Based on the above information, I submit that there is probable cause to believe that on or about August 23, 2019 through August 10, 2020, in the Western District of Kentucky, Jefferson County, Kentucky, Brian Marchez Byrd knowingly used, persuaded, induced, enticed, and coerced a minor (Minor 2) to engage in sexually explicit conduct as that term is defined in 18 U.S.C. § 2256(8)(A) for the purpose of producing visual depictions of such conduct using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, in violation of 18 U.S.C. §§ 2251(a); and that he knowingly mailed, transported or shipped any child pornography, using any means or facility of interstate or foreign commerce by

any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(1) and that he knowingly produced and transportedchild pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that involved a minor, who had not attained 12 years of age, and that had been transported using any means or facility of interstate or foreign commerce, including by computer.

FURTHER AFFIANT SAYETH NOT.

/s/ *Virginia Richardson*

Special Agent Virginia Richardson
Federal Bureau of Investigation

Telephonically sworn to me and electronically subscribed this 19th day of August 2020 pursuant to Rule 4.1.

REGINA S. EDWARDS
United States Magistrate Judge